**Order entered September 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00706-CV

## IN RE L.C. AKA S.R.M., Relators

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-07925Y**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus without prejudice to refiling a petition that complies with the Texas Rules of Appellate Procedure. We also **LIFT** our stay order issued on August 5, 2020.

/s/     DAVID EVANS
        JUSTICE